1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| | |
|---|---|
| THARON B. HILL, )<br><br>Petitioner, )<br><br>vs. )<br><br>CALIFORNIA BOARD OF PRISON )<br>HEARINGS, )<br><br>Respondent. )<br>_____ ) | No. C 06-3080 MMC (PR)<br><br>**ORDER DIRECTING**<br>**RESPONDENT TO LODGE**<br>**DOCUMENTS WITH THE**<br>**COURT** |

16
17

**INTRODUCTION**

18    On May 8, 2006, petitioner Tharon Hill, a California state prisoner proceeding pro

19 se, filed, pursuant to 28 U.S.C. § 2254, the above-titled petition for a writ of habeas

20 corpus, by which he challenges a 2005 decision by the Board of Prison Terms ("Board")

21 that he is unsuitable for parole.

22    The Court hereby directs respondent to lodge with this Court a copy of the

23 complete October 4, 2005 parole hearing transcript relevant to this action within ten (10)

24 days from the date of this order.

25    **IT IS SO ORDERED.**

26 DATED: June 8, 2009

27 _____
MAXINE M. CHESNEY
United States District Judge

28

1